MN-305
(5/94)

# 380

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Jay & Judy Enevold                                Chapter 7 Case No. 10-35738

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Capital One Bank<br>PO Box 248839, Oklahoma City OK 73124-8839 | 1 | $3,105.15 | $.07 |
| Chase Bank USA<br>PO Box 15145 Wilmington DE 19850-5145 | 2 | $17,270.10 | $.36 |
| Chase Bank USA<br>PO Box 15145 Wilmington DE 19850-5145 | 3 | $16,563.76 | $.35 |
| Wells Fargo Bank NA<br>301 E 58th St N Sioux Falls SD 57104 | 4 | $14,040.58 | $.29 |
| US Bank NA<br>PO Box 5229 Cincinnati, OH 45201-5229 | 5 | $21,643.59 | $.45 |
| FIA Card Services, Bank of America<br>PO Box 248809 Oklahoma City OK 73124-8809 | 6 | $8,464.60 | $.18 |

Dated: May 24, 2011

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111